# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

In re:

COZUMEL CARIBE, S.A. de C.V.,

    Debtor in a Foreign Proceeding.

Chapter 15

Case No. 10-13913 (MG)

---

## CERTIFICATE OF SERVICE

Jeffrey R. Gleit, an attorney admitted to practice before this Court, certifies under penalty of perjury, that true copies of the following documents was served on July 21, 2010, upon the parties on the annexed service list:

    1) Chapter 15 Petition for Recognition of Foreign Proceeding, Application Under Chapter 15 of the Bankruptcy Code for Recognition of Foreign Representative and Foreign Main Proceeding and Additional Relief

    2) Application Under Chapter 15 of the Bankruptcy Code for Recognition of Foreign Representative and Foreign Main Proceeding and Additional Relief

    3) Ex Parte Application of Foreign Representative for Entry of Provisional Relief

    4) Declaration of Agustin Garcia Bolanos Cacho, as Chairman of the Board of Directors of Cozumel Caribe, in Support of (I) Application Under Chapter 15 of the Bankruptcy Code for Recognition of Foreign Representative and Foreign Main Proceeding and for Additional Relief Pursuant to 11 U.S.C. & 1521, and (II) Ex Parte Application of Foreign Representative for Entry of Provisional Relief

    5) Declaration of Nemias Esteban Martinez Martinez as Putative Foreign Representative, In Support of Application Under Chapter 15 of the Bankruptcy Code For Recognition of Foreign Representative and Foreign Main Proceeding and For Additional Relief

    6) Statement of Foreign Representative Listing Information Pursuant to Rule 1007 (a)(4) of the Federal Rule of Bankruptcy Procedure

    7) Statement of Foreign Representative Pursuant to 11 U.S.C. § 1515 (c) Identifying Foreign Proceedings

    8) Notice of Commencement of Chapter 15 Case (for Recognition of a Foreign Proceeding)

9) Declaration of Jeffrey R. Gleit in Support of Ex Parte Application of Foreign Representative for Entry of Provisional Relief

10) Amended Declaration of Jeffrey R. Gleit in Support of Ex Parte Application of Foreign Representative for Entry of Provisional Relief

11) Order to Show Cause

12) Notice of Recognition Hearing

Dated: July 22, 2010
New York, New York

/s/ *Jeffrey R. Gleit*
Jeffrey R. Gleit
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700 (Telephone)
(212) 506-1800 (Facsimile)

# Service List

**Via Fed Ex Delivery**

Bank of America, National Association
100 North Tryon Street
Charlotte, North Carolina, 28255
Attn: Legal Department

Wells Fargo Bank National Association
45 Fremont Street Second Floor
San Francisco California, 94105
Attn: Legal Department

Bear Stearns Commercial Mortgage, Inc.
c/o J.P. Morgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017
Attn: Legal Department

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Greg M. Zipes

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: William P. McInerney, Esq.

LaSalle Bank National Association c/o
Bank of America, National Association
100 North Tryon Street
Charlotte, North Carolina, 28255
Attn: Legal Department

CT Investment Management Co. LLC.
410 Park Avenue, 14th floor
New York, New York 10022
Attn: Thomas Ruffing

CT Corporation System Incorporated
111 Eight Avenue
New York, New York 10011
Attn: Legal Department

Securities and Exchange Commission,
3 World Financial Center, Suite 400,
New York, NY 10281
Attn: Mark Schonfeld, Regional Director

**Via Hand Delivery**

CT Investment Management Co. LLC.
410 Park Avenue, 14th floor
New York, New York 10022
Attn: Thomas Ruffing