UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

COZUMEL CARIBE, S.A. de C.V.,

    Debtor in a Foreign Proceeding.

Chapter 15

Case No. 10-13913 (MG)

---

## AMENDED NOTICE OF RECOGNITION HEARING

**PLEASE TAKE NOTICE** that on July 20, 2010, Nemias Esteban Martinez Martinez ("Martinez"), in his capacity as duly authorized inspector and putative foreign representative of Cozumel Caribe, S.A. de C.V. ("Cozumel Caribe"), whose reorganization proceedings are pending under Mexico's *Ley de Concuros Mercantiles* (the "Concurso Mercantil Proceeding") before the Third District Court for the State of Quintana Roo, filed (a) a voluntary petition for relief under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and (b) an application for recognition of the Concurso Mercantil Proceeding as a foreign main proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **August 17, 2010 at 10:00 a.m. (Eastern Time)** (the "Recognition Hearing") at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Courtroom 501, New York, New York 10004 before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that Martinez has filed and will present to the Bankruptcy Court at the Recognition Hearing the *Application Under Chapter 15 Of The*

*Bankruptcy Code For Recognition Of Foreign Representative And Foreign Main Proceeding And Additional Relief Pursuant To 11 U.S.C. § 1521* (the "Recognition Application").

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the relief requested in the Recognition Application must do so in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and by all other parties in interest, on a 3.5-inch disk, in text-searchable Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (in either case, with a hard copy marked "Chambers Copy" and delivered directly to the Bankruptcy Court) and shall be served **so as to be actually received by no later than August 6, 2010 at 5:00 p.m. (Eastern Time)** by the following parties: (a) Martinez's counsel, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, Attn: Jeffrey R. Gleit, Esq., Joshua Greenblatt, Esq., and Matthew B. Stein, Esq.; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (c) all parties that filed notices of appearance in the Chapter 15 Case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any reply brief or reply filed in support of the relief requested in the Recognition Hearing shall be in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically by registered users of

the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and by all other parties in interest, on a 3.5-inch disk, in text-searchable Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (in either case, with a hard copy marked "Chambers Copy" and delivered directly to the Bankruptcy Court) and shall be served **so as to be actually received by no later than August 13, 2010 at 12:00 p.m. (Eastern Time)** by the following parties: (a) the Office of the United States Trustee; (b) the Securities and Exchange Commission; (c) the trustee under the Note Indenture and the Cash Management Agreement; (d) all other parties against whom Cozumel Caribe sought preliminary relief pursuant to Section 1519 of the Bankruptcy Code; and (e) all parties that filed notices of appearance in the Chapter 15 Case pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates of such hearings or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed by Martinez may be obtained by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to Martinez's United States counsel addressed to: Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, Attn: Jeffrey R. Gleit, Esq., Joshua Greenblatt, Esq., and Matthew B. Stein, Esq.

**PLEASE TAKE FURTHER NOTICE that <u>your rights may be affected</u>. You should read the pleadings carefully and discuss them with your attorney, if you have one in**

connection with this chapter 15 case. (**If you do not have an attorney, you may wish to consult with one.**)

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the relief requested by Martinez at the Recognition Hearing, or if you want the Bankruptcy Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend the Recognition Hearing. If you or your attorney does not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought by Martinez and may enter orders granting the relief requested.

Dated: July 22, 2010
       New York, New York

                              Respectfully submitted,

                              */s/ Jeffrey R. Gleit*
                              Jeffrey R. Gleit
                              Joshua Greenblatt
                              Matthew B. Stein
                              Kasowitz, Benson, Torres & Friedman LLP
                              1633 Broadway
                              New York, New York 10019
                              (212) 506-1700 (Telephone)
                              (212) 506-1800 (Facsimile)