# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

In re:

COZUMEL CARIBE, S.A. de C.V.,

    Debtor in a Foreign Proceeding.

Chapter 15

Case No. 10-13913 (MG)

---

## CERTIFICATE OF SERVICE

    Jeffrey R. Gleit, an attorney admitted to practice before this Court, certifies under penalty of perjury, that true copies of the Amended Notice of Recognition Hearing was served on July 22, 2010, upon the parties on the annexed service list.

Dated:  July 22, 2010
         New York, New York

                                      */s/ Jeffrey R. Gleit*
                                      Jeffrey R. Gleit
                                      Kasowitz, Benson, Torres & Friedman LLP
                                      1633 Broadway
                                      New York, New York 10019
                                      (212) 506-1700 (Telephone)
                                      (212) 506-1800 (Facsimile)

## Service List

**Via Fed Ex Delivery**

Bank of America, National Association
100 North Tryon Street
Charlotte, North Carolina, 28255
Attn: Legal Department

Wells Fargo Bank National Association
45 Fremont Street Second Floor
San Francisco California, 94105
Attn: Legal Department

Bear Stearns Commercial Mortgage, Inc.
c/o J.P. Morgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017
Attn: Legal Department

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Greg M. Zipes

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: William P. McInerney, Esq.

LaSalle Bank National Association c/o
Bank of America, National Association
100 North Tryon Street
Charlotte, North Carolina, 28255
Attn: Legal Department

CT Investment Management Co. LLC.
410 Park Avenue, 14th floor
New York, New York 10022
Attn: Thomas Ruffing

CT Corporation System Incorporated
111 Eight Avenue
New York, New York 10011
Attn: Legal Department

Securities and Exchange Commission,
3 World Financial Center, Suite 400,
New York, NY 10281
Attn: Mark Schonfeld, Regional
Director