# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

Index Number: 13913/2010

**IN RE: COZUMEL CARIBE, S.A. de C.V., Debtor in a Foreign Proceeding,**

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on **CT INVESTMENT MANAGEMENT CO. LLC, 410 PARK AVENUE, 14TH FLOOR, NEW YORK, NY 10022.**

I, Edward Soltan, being duly sworn, depose and say that on the **22nd day of July, 2010** at **11:45 am, I:**

Served the above named Entity by delivering a true copy of the a. Order to Show Cause, dated July 21, 2010b. Ex Parte Application of Foreign Representative for Entry of Provisional Relief c. Declaration of Agustin Garcia Bolanos Cacho, as Chairman of the Board of Directors of Cozumel Caribe, in Support of (I) Application Under Chapter 15 of the Bankruptcy Code for Recognition of Foreign Representative and Foreign Main Proceeding and for Additional Relief Pursuant to 11 U.S.C. & 1521, and (II) Ex Parte Application of Foreign Representative for Entry of Provisional Relief d. Declaration of Nemias Esteban Martinez Martinez as Putative Foreign Representative, In Support of Application Under Chapter 15 of the Bankruptcy Code For Recognition of Foreign Representative and Foreign Main Proceeding and For Additional Relief and Resolution of the Third District Court in the state of Quintana Roo, dated May 27, 2010 to Natalya Budnyatsky, Secretary, who stated that she is authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 145, Hair: Blonde, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 23rd day of July, 2010 by the affiant who is personally known to me

LORRE A. DUNNE
Notary Public, State of New York
No. 01DU6016358
Qualified in Queens County
Term Expires November 16, 2010

**Edward Soltan**
C.P.S 1106540

Our Job Serial Number: 2020092037

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w