SIDLEY AUSTIN LLP
Lee S. Attanasio
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300

Attorney for CT Investment Management Co., LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| COZUMEL CARIBE, S.A. de C.V., | Case No. 10-13913 (MG) |
| Debtor in a Foreign Proceeding. | **Ref. Docket No. 54** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  s.s.:
COUNTY OF NEW YORK     )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. I caused to be served on May 6, 2011 a true and correct copy of (i) **CT Investment Management Co., LLC's Objection to Motion of Nemias Esteban Martinez Martinez, as Foreign Representative of Cozumel Caribe S.A. de C.V. for an Order Pursuant to 11 U.S.C. §§ 1507 and 1521 Directing Turnover of Assets**; (ii) **Declaration of Deborah J. Ginsberg in Support of CT Investment Management Co., LLC's Objection**; and (iii) **Declaration of Francisco Xavier Cortina Cortina in Support of CT Investment Management Co., LLC's Objection**; by email and Federal Express for overnight delivery upon (i) Cohen Tauber Spievack &

Wagner P.C., 420 Lexington Avenue, Suite 2400, New York, New York 10170, Attn: Joseph M. Vann, Esq. (jvann@ctswlaw.com); ((ii) Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, Attn: Jeffrey R. Gleit, Esq., Joshua Greenblatt, Esq., Matthew B. Stein, Esq. (jgleit@kasowitz.com; jgreenblatt@kasowitz.com; mstein@kasowitz.com); and (iii) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Greg Zipes, Esq. (greg.zipes@usdoj.gov).

        /s/Eileen A. McDonnell
        EILEEN A. MCDONNELL

Sworn to before me this
11th day of May 2011

 /s/ Melanie Nelson
Notary Public, State of New York
 No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7665765v.1